UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JUSTIN COLLINS,

    Plaintiff,

v.                                                                  No. 1:26-CV-116-H

VANESSA FANG, et al.,

    Defendants.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed with prejudice as the product of duplicative and malicious litigation. Dkt. No. 5. The Magistrate Judge further recommended that the plaintiff's motion for leave to proceed in forma pauperis (Dkt. No. 4) be denied as moot. No objections were filed, and the plaintiff has taken no action in this case since the filing of his complaint and motion for leave.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendants are dismissed with prejudice as duplicative and malicious. The plaintiff's IFP motion (Dkt. No. 4) is denied as moot.

−2−

So ordered on ~~April~~ May 6 , 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE